IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:08-CR-14 |
| V. ) | (Phillips / Guyton) |
| ) | |
| PERLEY WINKLER, JR., ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the district court as may be appropriate. This matter is before the Court upon a *pro se* pretrial Motion to Suppress Evidence [Doc. 3] filed by Defendant Perley Winkler, Jr.. Mr. Winkler has not made an initial appearance before this Court and is not represented by counsel at this time. It appears from the record that Mr. Winkler is in the Monroe County Jail. See [Doc. 2].

At such time as Mr. Winkler appears before the Court, the Court will enter an attorney of record who may appear on his behalf, may consider appointment of counsel for Mr. Winkler, or take some other action in this regard. Until such initial appearance, the Court finds the *pro se* Motion to Suppress Evidence [Doc. 3] is untimely. See Local Rules of the United States District Court for the Eastern District of Tennessee, LR 83.4 Appearance and Withdrawal of Counsel. Accordingly,

1

Mr. Winkler's *pro se* Motion to Suppress Evidence **[Doc. 3]** is **DENIED** without prejudice to re-file or raise these issues again at a later date.

**IT IS ORDERED.**

ENTER:

<u>    s/ H. Bruce Guyton    </u>
United States Magistrate Judge